AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978. (5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* <br><br> Kent, Samuel B. | 2. Court or Organization <br> United States District Court for the Southern District of Texas, Galveston Division | 3. Date of Report <br> 5/6/04 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> Active United States District Judge | 5. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial _X_ Annual ___ Final | 6. Reporting Period <br><br> 1/1/03 – 12/31/03 |
| 7. Chambers or Office Address <br> Suite 613, U.S. Post Office Building <br> 601 Rosenberg <br> Galveston, TX 77550 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**A. Filer's Non-Investment Income**

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | |
| 2 | | | |

2004 MAY 11 A 10:50 RECEIVED FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Kent, Samuel B. | 5/6/04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| **X** | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| **X** | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| **X** | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## VII. Page 1  INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, | | | | | | | | | |
| 1 * IRA – Cash – Cash Equival. – Frost Nat'l. Bank – Galveston | A | IRA | L | T | – | – | – | – | – |
| 2 * IRA – Value Equity Fund – Frost Nat'l. Bank – Galv. | A | IRA | L | T | – | – | – | – | – |
| 3 ** Devon Energy – Oil/Gas Royalties | A | Royalties | J | T | – | – | – | – | – |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

\* Roughly half of the I.R.A. deposits set out in Item Nos. 1 and 2, Section VII, are cash or cash equivalents. Roughly half are invested with the Trust Department's Value Equity Fund. This is a widely diversified fund invested in many stocks and bonds. I neither direct nor have any personal knowledge of any fund investments decisions.

\*\* Mitchell Energy Co. changed to Devon Energy, Dec. 2002

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date ___May 6, 2004_____

NOTE: ANY INDIVIDUAL WHO WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544